# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARC OLIN LEVY,**<br>Plaintiff**,**<br>vs.<br>**KROGER FOODS CO, ET AL.,**<br>Defendants**.** | CASE NO. 18-mc-80116-YGR<br><br>**ORDER DENYING LEAVE OF COURT TO FILE A NEW ACTION**<br><br>Re: Dkt. Nos. 1, 2 |

The Court has received plaintiff's Proposed Complaint and Application to Proceed *in Forma Pauperis*, both filed on June 8, 2018. (Dkt. Nos. 1, 2.) Plaintiff Marc Olin Levy has previously been declared a vexatious litigant whose submissions are subject to pre-filing review. *Marc Olin Levy v. First Group/Greyhound*, 17-cv-00412-KAW, at *7 (N.D. Cal. 2017). Therefore, any complaints filed by Levy are subject to review by the general duty judge to "determine whether plaintiff has stated a potentially cognizable claim in a short, intelligible, and plain statement." *Id.*

Plaintiff's proposed complaint alleges that he applied and interviewed for a position at Safeway Food Stores in October 2016 and subsequently received an offer on November 6, 2016. (Dkt. No. 1.) Plaintiff alleges that he was told he had to wait 2 to 30 days for a background check to clear before he could begin work. (*Id.*) He claims that after 30 days with no communication, he reached out to his previous hiring contact and did not receive a response. (*Id.*) Plaintiff says that he does not know why he was not hired and notes that Safeway had "no good reason not to hire" him. (*Id.*) He seeks $100 million in damages. (*Id.*) Although plaintiff describes the nature of his action as one of "employment discrimination/wrongful termination/breach of contract [,]" he does not assert a basis for discrimination or identify himself as a member of a protected class. (*Id.*)

The proposed complaint would be plaintiff's fifth lawsuit alleging that a potential

employer discriminated against him in not hiring him filed in the Northern District of California in the past five years.  *See Levy v. State Farm Mutual Auto Ins. Co.*, Case No. 14-cv-4073-EDJ (seeking $250 million based on defendant not hiring plaintiff because of plaintiff's criminal record)[1]; *Levy v. Northwestern Mutual Life Ins. Co.*, Case No. 14-cv-4116-EJD (Seeking $200 million based on the defendant not hiring plaintiff because of his lack of a bachelor's degree); *Levy v. Mass Mutual Life Ins. Co.*, Case No. 15-cv-6136-EDL (seeking $2 billion based on the defendant not hiring plaintiff because of plaintiff's debt); *Levy v. Primerica, Inc.*, Case No. 16-cv-1254-HRL (seeking $2 billion based on defendant disqualifying plaintiff's job application because of his criminal record).

Because plaintiff fails to state a potentially cognizable claim in a short, intelligible, and plain statement, the Court **DENIES** plaintiff's request for leave of court to file a new action.  The Clerk shall **STRIKE** Docket Numbers 1 and 2 from the record and terminate this case.

**IT IS SO ORDERED.**

Dated: July 9, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Plaintiff's proposed complaint does not mention a criminal record.